SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CALVIN KWON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br><br>              Plaintiff,<br><br>     vs.<br><br>THE VONS COMPANIES, INC.; WEST HOLLYWOOD RETAIL OWNER, INC.; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 2:21-cv-00866-RSWL (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE VONS COMPANIES, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff CALVIN KWON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant THE VONS COMPANIES, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)      A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  September 30, 2021   SO. CAL. EQUAL ACCESS GROUP

                By:   */s/  Jason J. Kim*
                        Jason J. Kim
                        Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**