Karin L. Bohmholdt (SBN CA 234929)
Alana C. Srour (SBN CA 271905)
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone:  310-586-7700
Facsimile:  310-586-7800
Email:      bohmholdtk@gtlaw.com
            sroura@gtlaw.com

Attorneys for Defendant
West Hollywood Retail Owner, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br><br>         Plaintiff,<br><br>v.<br><br>THE VONS COMPANIES, INC.;<br>WEST HOLLYWOOD RETAIL<br>OWNER, INC.; and DOES 1 TO 10,<br><br>         Defendant. | CASE NO. 2:21−cv−00866-RSWL (SKx)<br><br>**HON. RONALD S.W. LEW**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 22, 2021<br>Current response date: November 12, 2021<br>New response date: December 10, 2021<br><br>Action Filed: January 29, 2021 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*ACTIVE 57206219v1*

Defendant West Hollywood Retail Owner, Inc. ("Defendant") and Plaintiff Calvin Kwon ("Plaintiff") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1.    Defendant was served with the First Amended Complaint in the above-captioned action on October 22, 2021;

2.    Defendant's response to the Complaint currently is due on November 12, 2021;

3.    The Parties are engaged in meet and confer discussions about procedural aspects of the case;

4.    The Parties now stipulate that the time within which Defendant must respond to Plaintiff's Complaint shall be and hereby is extended for a period of 28 days, up to and including December 10, 2021;

5.    No Party to this action will be prejudiced by a brief extension of time.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The deadline for Defendant to respond to the Complaint shall be December 10, 2021.


Dated: November 10, 2021          Respectfully submitted,

**GREENBERG TRAURIG, LLP**


By:    _/s/ Alana C. Srour_
Karin L. Bohmholdt
Alana C. Srour
Attorneys for Defendant
West Hollywood Retail Owner, Inc.

Dated: November 10, 2021          **SO. CAL. EQUAL ACCESS GROUP**


By:    _/s/ Jason J. Kim_
Jason J. Kim
Jason Yoon
Attorneys for Plaintiff
Calvin Kwon

1

# ATTESTATION

I, Alana C. Srour, am the CM/ECF user whose ID and password are being used to file this Stipulation Extending Time to Respond to Complaint.  Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Jason J. Kim, on whose behalf this filing is jointly submitted, has concurred in this filing.

*/s/ Alana C. Srour*
Alana C. Srour

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*ACTIVE 57206219v1*